UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 6C

12 FEB 21 PM 2:32

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

rec. #217463

TO:             CLERK, BANKRUPTCY COURT

DATE:          2/16/2012

DEBTOR:       GINA ANNE SURMA

CH13 CASE NO:    06-02761

ASSIGNED JUDGE:    Honorable Margaret Mann

AMOUNT:        $462.77

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| GINA ANNE SURMA<br>1175 EL CAMINO REAL<br>APT 259<br>OCEANSIDE CA 92054 | $462.77 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Fariba Fazeli

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT

02761 unc
1 B C