UNDISTRIBUTED BALANCE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TO: | CLERK, BANKRUPTCY COURT |
| DATE: | 3/15/2012 |
| DEBTOR: | GINA ANNE SURMA |
| CH13 CASE NO: | 06-02761 |
| ASSIGNED JUDGE: | Honorable Margaret Mann |
| AMOUNT: | $300.00 |

FILED 2012 MAR 20 AM 10:29

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE DESCRIBED CHAPTER 13 CASE.

EXPLANATION OF SOURCES:

| NAME OF PAYEE ON UNCLAIMED DIVIDEND CHECK: | AMOUNT |
|---|---|
| GINA ANNE SURMA<br>1175 EL CAMINO REAL<br>APT 259<br>OCEANSIDE CA 92054 | $300.00 |

THOMAS H. BILLINGSLEA, JR. TRUSTEE
CHAPTER 13 CASES, BY

_____, CLERK
Fariba Fazeli

SEND THE ORIGINAL AND CHECK DIRECTLY TO CLERK, BANKRUPTCY COURT

02761 unc